No. 448.   NIAGARA FALLS POWER Co. *v.* FEDERAL POWER COMMISSION.   December 6, 1943.   MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 426.   ETTMAN *v.* FEDERAL LIFE INSURANCE Co. December 13, 1943.

No. 5.   UNITED STATES *v.* DOTTERWEICH.   December 20, 1943.

No. 189.   BURROUGHS *v.* SANFORD, WARDEN.   December 20, 1943.

No. 432.   SABIN ET AL. *v.* LEVORSEN ET AL.   December 20, 1943.

No. 473.   KRAUSS, TRADING AS AMERICAN CORD & WEBBING Co., *v.* GREENBARG ET AL., TRADING AS KING KARD OVERALL Co.   December 20, 1943.

No. 968, October Term, 1942.   BENGUET CONSOLIDATED MINING Co. *v.* PERKINS ET AL.   January 3, 1944.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.   319 U. S. 774.

No. 191.   COYLE *v.* NEW YORK.   January 3, 1944.

No. 418.   WADE *v.* NEW YORK.   January 3, 1944.

No. 431.   DUNNE ET AL. *v.* UNITED STATES.   January 3, 1944.   Second petition for rehearing denied.

No. 251.   COY *v.* JOHNSTON, WARDEN.   January 3, 1944.